# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA HANN-ROCCOFORTE,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br><br>                Defendant. | Case No. 2:13-cv-02002-JAD-NJK<br><br>ORDER DENYING DISCOVERY PLAN<br>(Docket No. 9) |

Pending before the Court is the parties' proposed discovery plan and scheduling order (Docket No. 9), which is hereby DENIED without prejudice. The parties shall submit a revised discovery plan, no later than December 18, 2013, that complies with the Local Rules. Specifically, the parties request a discovery period approximately one week longer than the typical 180 days from when the first defendant answered. Therefore, the Discovery Plan must state on its face "SPECIAL SCHEDULING REVIEW REQUESTED" and the parties must provide "a statement of the reasons why longer or different time periods should apply to the case . . ." *See* LR 26-1(d).

Further, requests to extend discovery deadlines must be filed at least 21 days before the expiration of the subject deadline sought to be extended. The pending proposed discovery plan lacks a provision indicating that all requests to extend deadlines in the discovery plan must comply fully with LR 26-4. The Court will not make any exceptions.

1    A revised discovery plan and scheduling order that complies with the Local Rules must be filed

2    no later than December 18, 2013.

3    IT IS SO ORDERED.

4    DATED: December 11, 2013

5

6    _____

7    NANCY J. KOPPE
     United States Magistrate Judge

8

2